**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Sunrise International Leasing Corp.,**

**Plaintiff,**

**v.**

**Frontline Communications International, Inc.**

**Defendant.**

**Civil No. 00-2587 (JMR/SRN)**

---

**Sunrise International Leasing Corp.,**

**Plaintiff,**

**v.**

**Caribe Direct, Inc.**

**Defendant.**

**Civil No. 00-2759 (RHK/SRN)**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

**ORDER GRANTING CONSOLIDATION PURSUANT TO RULE 42(A)**

The above-entitled actions came before the undersigned United States Magistrate Judge on February 9, 2001, on the parties' Consent Motion to Consolidate Civil File 00-2587 and Civil File 00-2759 pursuant to Rule 42(a). Plaintiff Sunrise International Leasing Corp., Defendant Frontline Communications International, Inc., and Defendant Caribe Direct, Inc. stipulate to and jointly seek the consolidation of these two civil cases, which involve common questions of law and fact.

FILED FEB 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED:**

(1) The motion to consolidate Civil File 00-2587 and Civil File 00-2759 pursuant to Rule 42(a) is **GRANTED**; and

(2) The parties must include both case docket numbers on all submissions.

Dated: February 12, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge