UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Sunrise International Leasing Corporation<br><br>v.<br><br>Frontline Communications International, Inc. | ) | 00-CV-2587 |

| | | |
|---|---|---|
| Sunrise International Leasing Corporation<br><br>v.<br><br>Caribe Direct, Inc. | ) | 00-CV-2759 |

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 00-CV-2587, having been assigned to the Honorable James M. Rosenbaum, United States District Judge, and Case No. 00-CV-2759, having later been assigned to the Honorable Richard H. Kyle, United States District Judge, and said matters being related cases, IT IS ORDERED that:

1. Case No. 00-CV-2759 be assigned to Judge Rosenbaum, nunc pro tunc, by use of a card on the master list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order, dated February 5, 1993.

FILED FEB 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

2. A copy of this Order shall be filed in each case.

Dated: February 15, 2001

JAMES M. ROSENBAUM
United States District Judge

Dated: February 16, 2001

RICHARD H. KYLE
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge James M. Rosenbaum and Magistrate Judge Susan R. Nelson.

NEW CASE NUMBER 00-2759 JMR/SRN

Use this case number for all further filings.