ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Sunrise International Leasing Corporation, as assignee of Cisco Systems Capital Corporation, a Minnesota corporation,

Plaintiff,

vs.

Frontline Communications International, Inc., a New York corporation,

Defendant.

and

Sunrise International Leasing Corporation, as assignee of Cisco Systems Capital Corporation, a Minnesota corporation,

Plaintiff,

vs.

Caribe Direct, Inc., a New York corporation,

Defendant.

Case No. 00-2759 JMR/SRN

---

**ORDER FOR THE EXTENSION OF A DISCOVERY SCHEDULE**

---

This matter having come before the court on plaintiff's Motion for the Extension of a Discovery Schedule, based upon the file and record had herein, upon the Declaration of David K. Nightingale, and its supporting documents,

IT IS HEREBY ORDERED, that the discovery schedule in the above-captioned matter shall

OCT 0 1 2001
FILED
RICHARD D. SLETTEN CLERK
JUDGMENT ENTD
DEPUTY CLERK

be extended forty-five (45) days, that is until November 1, 2001, to allow for the completion of discovery.

Dated: October 1, 2001

BY THE COURT:

By: Susan Richard Nelson
Honorable Susan Richard Nelson
Magistrate Judge of the U.S. District Court