UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Sunrise International Leasing Corporation, as assignee of Cisco Systems Capital Corporation, a Minnesota corporation,

Plaintiff,

vs.

Frontline Communications International, Inc., a New York corporation,

Defendant.

and

Sunrise International Leasing Corporation, as assignee of Cisco Systems Capital Corporation, a Minnesota corporation,

Plaintiff,

vs.

Caribe Direct, Inc., a New York corporation,

Defendant.

Case No. 00-2759 JMR/SRN

**ORDER**

A settlement conference in this matter was scheduled to come before the court on March 14, 2002. Representatives of the defendants with full settlement authority failed to appear and this court ordered that the plaintiff be reimbursed for the fees and costs incurred by both plaintiff's representative and legal counsel for attending the settlement conference.

Based upon the declarations submitted by plaintiff,

MAR 2 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY ORDERED, that defendants shall pay to plaintiff the sum of $692.77 within ten (10) days for defendants' failure to appear at the settlement conference held March 14, 2002.

Dated: March 27, 2002

BY THE COURT:

By: Susan Richard Nelson

Magistrate Judge Susan Richard Nelson