UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2759 (JMR/SRN)

Sunrise International Leasing Corp )
)
v. ) ORDER
)
Caribe Direct Inc., )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with/out prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: March 3rd, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

MAR 03 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK